**91–2570.** State, ex rel. Hicks, v. Indus. Comm. *Franklin County,* No. 91AP–69. Cause dismissed, on application to dismiss filed by counsel for appellant, effective March 19, 1992.